In the Matter of the Application of PETER GOLDENBERG, Respondent, *v.* WILLIAM E. WALSH et al., Constituting the Board of Appeals of the City of New York, Appellants.

*New York city — zoning law — erroneous reversal of determination of board of appeals denying permission to alter stores into garage.*

*Matter of Goldenberg* v. *Walsh*, 215 App. Div. 396, reversed.

(Argued March 29, 1926; decided April 7, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 5, 1926, which affirmed an order of Special Term sustaining an order of certiorari and annulling a determination of the board of appeals of the city of New York denying the application of the petitioner for

a permit to convert his one-story building on Webster avenue near One Hundred and Ninety-fourth street in the borough of The Bronx from stores into a garage. The Appellate Division held that the action of the board in denying petitioner's application was unreasonable and discriminatory.

*George P. Nicholson, Corporation Counsel (John F. O'Brien* and *William T. Kennedy* of counsel), for appellants.

*Charles B. McLaughlin* for respondent.

Orders reversed and determination of board of appeals affirmed, with costs in all courts, on dissenting opinion of McAvoy, J., below.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.